# EXHIBIT A

# ARTICLE XXXIX
## ENTIRE MEMORANDUM OF AGREEMENT

This Agreement has been reached as a result of collective bargaining, represents the full and complete Agreement between the parties, and supersedes all previous Agreements between the parties. Any supplemental amendments to this Agreement or past practices shall not be binding upon either party unless executed in writing by the parties hereto. This Agreement shall supersede any rules, regulations, or practices of the Employer which are contrary to or inconsistent with its terms.

# ARTICLE XL
## TERMINATION OF AGREEMENT

This Agreement shall be in full force and effect from JUNE 1, 2009 and including MAY 31, 2011 and shall continue in full force and effect from year to year thereafter unless written notice of desire to cancel or terminate the Agreement is served by either party upon the other at least SIXTY (60) days prior to the date of expiration. Since it is the intention of the parties to settle and determine, for the terms of this Agreement, all matters constituting the proper subjects of collective bargaining between them, it is expressly agreed there shall be no re-opening of this Agreement for any matter pertaining to hours of work, or other terms and conditions of employment or otherwise, during the term of this Agreement unless mutually agreed upon.

# ARTICLE XLI
## SIGNATURES

IN WITNESS AND TESTIMONY on the provisions and terms mutually agreed upon and specified herein, the duly authorized officers and representatives of both parties hereby affix their signatures.

Smith-Graham Roofing
850 Emmett Street
Battle Creek, MI 49017
(269) 963-2238 – Phone
(269) 963-5126 – Fax

_Terry L Cleland_
Signature

_President_
Title

_Terry L Cleland_
Print Name

_July 22 2009_
Date

Roofers Union Local 70
PO Box 116
Howell, MI 48844-0116
(517) 548-6554 – Phone
(517) 548-5358 – Fax

_[signature]_
Signature

~~Trustee~~ Deputy Trustee
Title

~~Robert Petersen~~ Eric Anderson
Print Name

_7/22/09_
Date

24